UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION | Master File No.: 2:09-CV-2039-IPJ<br>MDL No. 2092 |

Plaintiff: Billy G. Bedsole, Jr.

This Order Relates To:
CASE NO: 2:09-CV-2051-IPJ              **ORDER**

The parties having announced in open court that this case has been amicably settled;

The defendant's motion for partial summary judgment (doc. 75) is **FOUND** to be **MOOT**.

**DONE** and **ORDERED** this 17th day of January, 2013.

*(signature)*
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE